**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Sharon Denise Luckett, Debtor**                    **Case No. 22-00183-JAW**
                                                                                              **CHAPTER 13**

## RESPONSE

COMES NOW, Debtor, by and through counsel, and responds to Trustee's Motion to Dismiss (dk # 32) as follows:

1. Debtor commenced this case on 01/31/2022 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The delinquency resulted from an administrative error by the Debtor's employer in failing to remit the wage withholding payments to the Trustee as required.

3. The Debtor has addressed this issue with the employer, and the employer has corrected the error.

4. The employer will be submitting the previously missed payments that were not remitted.

5. Debtor can continue making the plan payments.

WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or alternative relief as may be just and proper.

                                        Respectfully submitted,

                            By:     /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MSBN 103469)
                                        Attorney for Debtor


Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on April 6, 2026, to:

By Electronic CM/ECF Notice:

Harold Barkley

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.